UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>WARDEN ADAMS, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-05392-OWW-SMS-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 33)<br><br>**ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |

    Plaintiff Francis W. Davis ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 20, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 20, 2005, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's second amended complaint, filed February 23, 2005, only against defendant Morales on plaintiff's equal protection claim;

3. Plaintiff's due process claim against defendant Doe is DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted under section 1983; and,

4. Plaintiff's claim against defendant Adams, based on a theory of supervisory liability, is DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted under section 1983; and

5. Defendants Doe and Adams are dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them.

IT IS SO ORDERED.

**Dated:   July 12, 2005**               **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE

2