# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN ADAMS, et al.,<br><br>    Defendants. | CASE NO. 1:04-CV-5392-OWW-SMS-P<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN TO COURT<br><br>(Docs. 26 and 35) |

Plaintiff Francis W. Davis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 8, 2004. The Court screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for relief under 42 U.S.C. § 1983 against defendant Morales for violation of the Equal Protection Clause.[1] (Docs. 33, 35.) Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendant:

        SGT. MORALES

    2.    The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed February 23, 2005.

---

[1] On July 13, 2005, the Court dismissed with prejudice plaintiff's due process claim against defendant Doe and plaintiff's supervisory liability claim against defendant Adams. (Doc. 35.) Both Doe and Adams were dismissed from the action due to plaintiff's failure to state any claims upon which relief may be granted against them. (Id.)

1

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Two (2) copies of the endorsed second amended complaint filed February 23, 2005.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   September 26, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                     UNITED STATES MAGISTRATE JUDGE