# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>       Plaintiff,<br><br>  v.<br><br>WARDEN ADAMS, et al.,<br><br>       Defendants.<br>_____/ | CASE NO. 1:04-CV-5392-OWW-SMS-P<br><br>ORDER GRANTING DEFENDANT MORALES AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>(Doc. 44) |

Plaintiff Francis W. Davis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 10, 2006, Defendant Morales filed a motion for an extension of time to file a response to Plaintiff's second amended complaint. Good cause having been shown, Defendant's motion is HEREBY GRANTED. Defendant's response is due on or before February 24, 2006.

IT IS SO ORDERED.

**Dated:   February 15, 2006**                /s/ Sandra M. Snyder
i0d3h8                                       UNITED STATES MAGISTRATE JUDGE