# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS, | CASE NO. 1:04-CV-5392-OWW-SMS-P |
| Plaintiff, | ORDER DENYING MOTION FOR STAY AS MOOT |
| v. | (Doc. 50) |
| WARDEN ADAMS, et al., | |
| Defendants. | |
| _____/ | |

On March 16, 2006, defendant Morales filed a motion seeking a stay in this action pending the United States Supreme Court's decision in Ngo v. Woodford, 403 F.3d 620, 631 (9th Cir. 2005). On June 22, 2006, the issued its decision in Ngo v. Woodford, No. 05-416, 2006 WL 1698937 (U.S. Jun 22, 2006).  Accordingly, defendant's motion for a stay is HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:    June 26, 2006**          _____/s/ Sandra M. Snyder_____
icido3                                  UNITED STATES MAGISTRATE JUDGE

1