UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>WARDEN ADAMS, et al.,<br><br>    Defendants.<br>_____/ | 1:04-cv-05392-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 51)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** (Doc. 47)<br><br>**ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST** |

    Plaintiff Francis W. Davis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 27, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On July 17, 2006, plaintiff filed an objection to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 27, 2006, is ADOPTED IN FULL;

2. Defendant's unenumerated Rule 12(b) motion, filed February 17, 2006, is GRANTED; and,

3. This action is DISMISSED, without prejudice, based on plaintiff's failure to exhaust the available administrative remedies.

IT IS SO ORDERED.

**Dated:    August 17, 2006**               **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE