UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



RECEIVED OCT 6 2006 By_____

FILED OCT 6 2006 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY_____ DEPUTY CLERK

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>ADAMS; et al.,<br><br>    Defendants - Appellees. | No. 06-16745<br>D.C. No. CV04-05392-OWW<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: _Failure to exhaust prisoner's claims for unlawful racial discrimination in cell assignment and alleged destruction of property. No record of Director's level decision for these claims. NGO v. Woodford bars unexhausted claims. 128 S.Ct. 2378, 2387. Not debatable among jurists of reason._

_____
Judge
United States District Court

Date: 10-6-06

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

October 4, 2006

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>ADAMS; et al.,<br><br>    Defendants - Appellees. | No. 06-16745<br>D.C. No. CV04-05392-OWW<br><br><br>**REFERRAL NOTICE** |

   This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

   If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

   This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

*[signature]*

By: Joe Williams
Deputy Clerk